PROPOSED ORDER/COVER SHEET

TO:     Honorable James Ware           RE:     Lawrence Dale Mays
         U.S. District Judge

FROM:    Claudette M. Silvera, Chief        DOCKET NO.:    CR06-00398 JW
           U.S. Pretrial Services Officer

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Jaime A. Carranza                      408-535-5226
Senior U.S. Pretrial Services Officer          TELEPHONE NUMBER

RE:     MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

FILED
AUG 16 2006
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

A. The defendant shall not use alcohol and shall not use or possess any narcotic controlled substance without a legal medical prescription; and

B. The defendant shall notify his employer of the instant offense and Pretrial Services shall verify with this employer of the disclosure.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____
_____

_/s/ James Ware_                                _August 16, 2006_
JUDICIAL OFFICER                                 DATE

Cover Sheet (12/03/02)