KEVIN V. RYAN (CASBN 118321)
United States Attorney
MARK L. KROTOWSKI (CASBN 138549)
Chief, Criminal Division
CARLOS SINGH (PASBN 50581)
Assistant United States Attorney

Attorneys for Plaintiff

    150 Almaden Blvd., Suite 900
    San Jose, California 95113-3081
    Telephone: (408) 535-5065
    Fax: (408) 535-5066
    E-mail: carlos.singh@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00398-JW |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| LAWRENCE MAYS, | |
| Defendant. | |

The parties stipulate to a continuance of the October 23, 2006 sentencing hearing date to December 11, 2006, at 1:30pm.  The reason for the continuance is that there was an inadvertent error in forwarding a notice to the U.S. Probation Office to begin preparation of a sentencing report.

_____/S/_____
RALPH W. BOROFF, Esq.
Counsel for Lawrence Mays

Sept. 25, 2006

_____/S/_____
CARLOS  SINGH
Counsel for the Government

Sept. 26, 2006

**SO ORDERED.**

Sept. _28_, 2006

_____
JAMES WARE
United States District Judge