KEVIN V. RYAN (CASBN 118321)
United States Attorney
MARK L. KROTOWSKI (CASBN 138549)
Chief, Criminal Division
CARLOS SINGH (PASBN 50581)
Assistant United States Attorney

Attorneys for Plaintiff

150 Almaden Blvd., Suite 900
San Jose, California 95113-3081
Telephone: (408) 535-5065
Fax: (408) 535-5066
E-mail: carlos.singh@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00398-JW |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| LAWRENCE MAYS, | ) | |
| Defendant. | ) | |

The parties stipulate to a continuance of the December 11, 2006 sentencing hearing date to February 12, 2007, at 1:30pm as the probation officer needs the additional time to complete the pre-sentence report.

_____/S/_____
RALPH W. BOROFF, Esq.
Counsel for Lawrence Mays

Nov. 16, 2006

_____/S/_____
CARLOS SINGH
Counsel for the Government

Nov. 16, 2006

**SO ORDERED.**

Nov. 17, 2006

_____
JAMES WARE
United States District Judge