Ralph W. Boroff (SB# 59164)
Law Offices of Ralph W. Boroff, P.C.
55 River Street, Suite 100
Santa Cruz, CA 95060
Telephone: (831) 458-0502
Facsimile: (831) 426-0159

Attorney for Defendant Lawrence Dale Mays

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DIVISION OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 06 00398 JW |
| ) | |
| Plaintiff, ) | MODIFICATION OF JUDGMENT |
| ) | IN A CRIMINAL CASE |
| v. ) | |
| ) | |
| LAWRENCE DALE MAYS, ) | |
| ) | |
| Defendant. ) | |
| _____/ | |

Good cause appearing at the informal request of defendant, the Court hereby modifies its

order of February 12 and 26, 2007, ordering that defendant's period of incarceration shall commence

on June 1, 2007.  In all other respects the order remains in full force and effect as entered.


It is so ORDERED this __27__ day of April, 2007

1     Honorable James Ware

2     U.S. District Judge

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Case No. CR0600398JW
MODIFICATION OF JUDGMENT IN A CRIMINAL CASE